# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
Southern ~~WESTERN~~ DISTRICT OF NEW YORK

-------------------------------------------------x

Luis Jaime ~~[redacted]~~

Full name of plaintiff/prisoner ID#

                Plaintiff,

-against- Wende C.F.,
New York State Department
of Corrections Community
Supervision, N.P. Obertean, ~~[redacted]~~

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]
~~[redacted]~~

                Defendants.

-------------------------------------------------x

JURY TRIAL DEMAND
YES ✓   NO _____

2024 MAY 14  AM 8:46
RECEIVED
SDNY PRO SE OFFICE

I.  Previous Lawsuits:

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

    B.  If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: N/A

            Defendants: N/A

        2. Court (if federal court, name the district; if state court, name the county) N/A

        3. Docket Number: N/A

1

4. Name of the Judge to whom case was assigned: N/A

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Wende Correctional Facility

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? Grievance, and filled Notice of intentions to sue.

2. What was the result? Got a response back and grievance was granted to an extent.

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

F. If your answer is YES,

1. What steps did you take? I told them that nurse practitioner Obertean is bieng delliberate indifferent to my injuries

2. What was the result? No Assistance, and to no Avail.

III.  Parties:
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff **Luis Jaime**
   Address **3040 Wende Road, Alden, NY 14004**

   (In item B below, place the full name and address of each defendant)

   B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1      **N.P. Obertean**
                     **3040 Wende Road, Alden,**
                     **NY 14004**

Defendant No. 2      _____

Defendant No. 3      _____

Defendant No. 4      _____

Defendant No. 5      _____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.  Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

On ~~March~~ April 10th 2024 i Arrived to Wende C.F. RMU i spoke to Nurse practitioner obertean and told her i recieved injuries at Sullivan Correctional facility due to Unessary use of force. I told her my injuries were substatial pain to my Right ankle, i told her that my right ankle was swollen and soar. I also told her that I am also feeling substantial pain to upper body and upper, lower back added with substantial pain to my whole Right leg. On May 3 2024 N.P. obertean scheduled me to recieve and M.R.I. Doctors proforming thee MRI stated the N.P. Obertean and doctors in Wende C.F only recomeded knee up M.R.I. not knee down, were i originally complained to N.P., N.P. is committing delleberate indifference, neglect and possible malpractice, and Cruel and Unussual punishment.

IV. A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I am claiming serious injuries to my right Ankle at thee moment my ankle is still soar and has substantial pain and it is still currently swollen. Have not recieve proper treatment for my right ankle, I keep insisting to N-P. Obeotean that thee pain medicane she is prescribing me is not helping and she refuses to schedual and M.R.I. for my right ankle. Nurse ~~prectione~~ practitioner is "Halfway treating" my injuries, and leaving still to not walk, I havent been able to walk for 3 weeks now.

4

V.   Relief:

State what relief you are seeking if you prevail on your complaint.

I am Requesting $500 million dollars, for damages, Injunction Relif, Punitive damages, Pain and Suffering, delliberate indifference, medical negligance, Cruel and Unusual punishment, mental Anguish, Emotional stress, Continues Treatment.

I declare under penalty of perjury that on __5-4-24__, I delivered this
                                              (Date)
complaint to prison authorities to be mailed to the United States District Court for the ~~Eastern~~ Southern

District of New York.

Signed this __4__ day of __May__, 20__24__. I declare under penalty of

perjury that the foregoing is true and correct.

_Luis Jaime_
Signature of Plaintiff

Wende Correctional facility
Name of Prison Facility

3040 Wende Road
Alden, NY 14004
Address

2264805
Prisoner ID#

5

SULLIVAN CORRECTIONAL FACILITY
NAME: Luis Jaime
DIN: 22G1805

3040 Wende Road
Alden, NY 14004

RECEIVED
SDNY PRO SE OFFICE
2024 MAY 14 AM 8:46

Clerk of Court
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

